UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>   v.<br><br>JUAN DE DIOS ALCARAZ-MARDUENO,<br><br>         Defendant. | Case No. CR20-217-14 JCC<br><br>DETENTION ORDER |

Offenses charged:

Mr. Alcaraz-Mardueno is charged with conspiracy to distribute controlled substances, 21 U.S.C. §§ 841(b)(1)(A), 846; possession with intent to distribute methamphetamine and fentanyl, 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A), 841(b)(1)(B), and 18 U.S.C. § 2; carrying a firearm during and in relation to a drug trafficking crime, 18 U.S.C. § 924(c)(1)(A)(i); and asset forfeiture. The Court held a detention hearing on September 1, 2022, pursuant to 18 U.S.C. § 3142(f), and based upon the reasons for detention hereafter set forth, finds:

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1.  There is a rebuttable presumption of detention pursuant to 18 U.S.C. § 3142(e).

2.  Mr. Alcaraz-Mardueno stipulated to detention.

DETENTION ORDER - 1

3.  Mr. Alcaraz-Mardueno poses a risk of nonappearance due to his history of failures to appear, noncompliance while under supervision, absconding from supervision at least twice, and outstanding warrants across jurisdictions. In addition, Mr. Alcaraz-Mardueno has not been interviewed since July 2022, and the personal information obtained in that interview remains unverified.

4.  Mr. Alcaraz-Mardueno poses a risk of danger due to the nature of the offenses, the alleged possession of a firearm, and his criminal history.

5.  Based on these findings, and for the reasons stated on the record, there does not appear to be any condition or combination of conditions that will reasonably assure Mr. Alcaraz-Mardueno's appearance at future court hearings while addressing the danger to other persons or the community.

6.  Taken as a whole, the record does not effectively rebut the presumption that no condition or combination of conditions will reasonably assure the appearance of Mr. Alcaraz-Mardueno as required and the safety of the community.

IT IS THEREFORE ORDERED:

(1) Mr. Alcaraz-Mardueno shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Mr. Alcaraz-Mardueno shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which Mr. Alcaraz-

Mardueno is confined shall deliver him to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for Mr. Alcaraz-Mardueno, to the United States Marshal, and to the United States Pretrial Services Officer.

Dated this <u>1st</u> day of September, 2022.

MICHELLE L. PETERSON
United States Magistrate Judge

DETENTION ORDER - 3